**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

DANIEL ISAIAS FLORES : Civil No. 1:26-CV-00993
GONZALEZ, :
:
Petitioner, :
:
v. :
:
CRAIG A. LOWE, *et al.*, :
:
Respondents. : Judge Jennifer P. Wilson

**ORDER**

**AND NOW**, on this 9th day of June, 2026, in accordance with the

accompanying memorandum, **IT IS ORDERED THAT** judgement is entered in

favor of Petitioner and the Clerk of Court shall close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania